**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-569-DCK**

| | |
|---|---|
| **DAVIDA COURTNEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **IKEA HOLDING U.S., INC; IKEA U.S.** ) | |
| **EAST, INC.; IKEA U.S. EAST, LLC; IKEA** ) | |
| **PROPERTY, INC.; IKEA U.S. WEST, INC.;** ) | |
| **IKEA PROPERTIES, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Lift Stay" (Document No. 17) filed February 3, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

The undersigned observes that Plaintiff's pending motion fails to indicate that the requirement of consultation has been met pursuant to Local Rule 7.1 (B). Moreover, Plaintiff acknowledges that the duplicate action in the Middle District Of North Carolina, which is the reason this Court stayed this action, is still pending. See (Document Nos. 14 and 17). In fact, the case in the Middle District of North Carolina has a ripe motion to dismiss pending that could be ruled on at any time. See (Document No. 17-1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Lift Stay" (Document No. 17) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: February 3, 2017

David C. Keesler
United States Magistrate Judge