**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-569-DCK**

| | |
|---|---|
| DAVIDA COURTNEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IKEA HOLDING U.S., INC; IKEA U.S. ) <br> EAST, INC.; IKEA U.S. EAST, LLC; IKEA ) <br> PROPERTY, INC.; IKEA U.S. WEST, INC.; ) <br> IKEA PROPERTIES, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned observes that a duplicate action, Courtney v. IKEA Holding U.S. et al, 1:16-CV-1215-WO-JEP, is still pending in the Middle District Of North Carolina, which is the reason this Court stayed this action. See (Document Nos. 14 and 18). In fact, the case in the Middle District of North Carolina has a ripe motion to dismiss pending that could be ruled on at any time. See (Document No. 17-1).

**IT IS, THEREFORE, ORDERED** that a trial of this matter, if necessary, will be held during or after the undersigned's civil term beginning **October 30, 2017**.

**IT IS FURTHER ORDERED** that the parties shall file a Status Report in this action **within ten (10) days** of a ruling by the Middle District on the pending motion to dismiss. Such Status Report should include the parties' proposal for amended deadlines in this action.

**SO ORDERED**.

Signed: May 8, 2017

David C. Keesler
United States Magistrate Judge