IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-569-DCK

| | |
|---|---|
| DAVIDA COURTNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| IKEA HOLDING U.S., INC; IKEA U.S. ) | |
| EAST, INC.; IKEA U.S. EAST, LLC; IKEA ) | |
| PROPERTY, INC.; IKEA U.S. WEST, INC.; ) | |
| and IKEA PROPERTIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Lift Stay And Amend Scheduling Deadlines" (Document No. 21) filed August 14, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Lift Stay And Amend Scheduling Deadlines" (Document No. 21) is **GRANTED**. The STAY of this matter is hereby LIFTED. Case deadlines are revised as follows: identify mediator – **September 29, 2017**; expert reports - **December 8, 2017** (Plaintiff) and **January 8, 2018** (Defendants); discovery completion – **February 16, 2018**; mediation report – **March 1, 2018**; dispositive motions – **March 15, 2017**; and trial ready date – **August 6, 2018**.

**SO ORDERED**.

Signed: August 14, 2017

David C. Keesler
United States Magistrate Judge